# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134658

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF FARMINGTON HILLS,
      Plaintiff-Appellee,

v

FREDERICK KURRE HOOPS,
      Defendant-Appellant.

SC: 134658
COA: 274656
Oakland CC: 2005-008373-AV
47TH DC: 05-H467026

_____/

      On order of the Court, the application for leave to appeal the July 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

p1022